# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MICHAEL V. LUJAN,

         Petitioner,

v.

CHARLES DANIELS, *et al.*,

         Respondents.

Case No. 3:21-cv-00343-MMD-WGC

ORDER

In this habeas corpus proceeding, this Court entered orders on October 6, 2021, and November 16, 2021, directing the Petitioner Michael v. Lujan to file an amended habeas petition on the Court's approved form, as required by LSR 3-1 of the Local Rules of Practice. (ECF Nos. 12, 16.) Both orders warned Lujan that his failure to do so within 30 days would result in dismissal of this case, without prejudice. (*Id.*) Lujan has not complied with the orders or requested an extension of time within which to do so.

It is therefore ordered that that this action is dismissed without prejudice. If Lujan wishes to pursue a writ of habeas corpus, he must file a new petition in a new action in compliance with the Court's Local Rules.

///
///
///
///
///
///
///
///
///

1   It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of this action without prejudice to be debatable or incorrect.

The Clerk of Court is directed to enter judgment accordingly and close this case.

The Clerk of Court is further directed to send Lujan two copies each of an application form to proceed *in forma pauperis* for incarcerated persons, a noncapital Section 2254 habeas petition form, and one copy of the instructions for each form.

DATED THIS 6th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE